*1045 ante, p. 133;
ante, p. 921;
ante, p. 922;
ante, p. 923;
543 U. S. 1158;
543 U. S. 1166;
543 U. S. 1190;
ante, p. 908;
543 U. S. 1173;
543 U. S. 1174;
543 U. S. 1191;
543 U. S. 1174;
ante, p. 928;
ante, p. 928;
ante, p. 950;
ante, p. 947;
ante, p. 951;
543 U. S. 1192;
543 U. S. 1193;
*1046 No. 04-8416.
No. 04-8450.
No. 04-8638.
No. 04-8786.
ante, p. 981;
ante, p. 932;
ante, p. 943; and
ante, p. 936. Petitions for rehearing denied.